## Isaac Fleischman

### v.

## Samuel J. Walker, et al.

Finding against the evidence.—This court being of the opinion that the finding of the court below was against the evidence, the decree is reversed.

Error to the Circuit Court of Cook county; the Hon. E. S. Williams, Judge, presiding. Opinion filed May 29, 1879.

Messrs. Rosenthal & Pence, for plaintiff in error.

Mr. W. T. Burgess, for defendant in error Walker.

Messrs. Williams & Thompson, for defendants in error, the Barnum & Richardson Mfg. Co.

Per Curiam. In several kindred cases we have disposed of the questions here also raised between the defendant, Samuel J. Walker, and the International Bank.

In this we understand the decree of the Circuit Court to be based not upon any matter of law suggested in the argument of counsel for the Barnum & Richardson Manufacturing Company, but solely upon its finding as a fact, from the evidence, that the collateral note secured by the trust deed here sought to be foreclosed, was not delivered to complainant's agent on the 6th day of July, 1872, and before the conveyance by the said Walker to the said company of the premises in said deed described.

After a careful consideration of the evidence, as well as of the arguments of the respective counsel and the written opinion of the Circuit judge, we have reached a different conclusion, and find that said note was so delivered, and that the finding of the Circuit Court in this behalf was against the evidence. The decree of said court is therefore reversed, and the cause remanded for further proceedings, in accordance with this opinion.

Reversed and remanded.